```
                        United States Bankruptcy Court
                        Western District of New York
```

In re:                                                    Case No. 19-20735-PRW
David Morris Smith                                        Chapter 13
Seanea Rae Smith
        Debtors                 **CERTIFICATE OF NOTICE**

District/off: 0209-2        User: admin            Page 1 of 1           Date Rcvd: Jul 23, 2019
                            Form ID: defyBK2       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
db/jdb         +David Morris Smith,   Seanea Rae Smith,   33 Bowman St.,   Rochester, NY 14609-7317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
              George M. Reiber    trustee13@roch13.com,  greiber@roch13.com
              Mark S. Muoio   on behalf of Joint Debtor Seanea Rae Smith mmuoio@lasroc.org
              Mark S. Muoio   on behalf of Debtor David Morris Smith mmuoio@lasroc.org
                                                                                             TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

   David Morris Smith
   Seanea Rae Smith
     dba Badd Ass Bodies by Sean

           Debtor(s)

Case No.: 2–19–20735–PRW
Chapter: 13

SSN: xxx–xx–8742
SSN: xxx–xx–3594

## CASE OPENING DEFICIENCY

**To the Debtor(s) and Debtor(s)' Attorney:**

**The following case opening deficiencies are noted and must be promptly corrected:**

- Missing Schedules/Statements: Schedules A–J, Form 106Sum Summary of Assets & Liabilities, Form 106Dec Declaration About Debtors Schedules, Form 107 Statement of Financial Affairs, Form 2030 Disclosure of Compensation of Attorney for Debtor, Form 113 Ch 13 Plan, Form 122C–1 Ch 13 Statement of Current Monthly Income
- Mailing Matrix appears to contain incomplete addresses.

**<u>To e–file:</u>**

– Bankruptcy > Other > Amendment to Schedules and/or Statements Already Filed.
  [combine schedules into 1 pdf & attach first; the required cover sheet must be attached second]
– Bankruptcy > Other > Notice of Change of Address
– Bankruptcy > Other > Ch 13 (Form 122C–1) Statement of Monthly Income
– Bankruptcy > Plan > Chapter 13 Plan

**The Clerk's office is available for additional questions and training at (585) 613–4200.**

   Date: July 23, 2019            Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                       By: L. Lawson, Deputy Clerk

Form defyBK2/Doc 7
www.nywb.uscourts.gov